# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. <u>17-10007-STA</u> |
| | ) | |
| LAMIEL HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER AND NOTICE OF RESETTING

The Court having considered the Joint Motion to Convert Current Setting to a Status Conference or, in the Alternative, Continue the Hearing,

IT IS HEREBY ORDERED that the motion to suppress hearing for defendant Lamiel Hunter, originally set for Tuesday, March 27, 2018 at 1:45 p.m., is RESET to **Tuesday, April 3, 2018 at 1:30 p.m.**

The Court notes that five continuances of the hearing on the motion to suppress have now been requested and granted. *No further continuances will be granted, absent exceptional circumstances*.

IT IS SO ORDERED this 26th day of March, 2018.

<u>s/ S. Thomas Anderson</u>
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE