# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-10007-STA |
| LAMIEL LAMARCUS HUNTER, | ) |
| Defendant. | ) |

## ORDER STRIKING NOTICE

Defendant Hunter has filed, *pro se*, a "Notice Regarding Untimely Motion" (DE #173). Defendant is currently represented by counsel and, thus, cannot file pleadings *pro se*. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel ...."); *see also United States v. Toufaili*, 2011 WL 318125, at *1 (E.D. Mich. Jan. 31, 2011) (reiterating that a criminal defendant is not entitled to represent himself while simultaneously represented by counsel and citing cases that a party may choose either to represent himself or to appear through an attorney).

IT IS THEREFORE ORDERED that the Notice Regarding Untimely Motion (DE #173) is hereby STRICKEN from the record.

The Clerk's Office is directed to mail a copy of this order to the defendant at the address listed on the motion accompanying his Notice.

ENTERED this 6ʰ day of April, 2022.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE